**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **JESSICA RENAE FAILS,** | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CASE NO. 9:15cv17 |
| | § | |
| | § | |
| **CAROLYN W. COLVIN,** | § | |
| **Commissioner of Social Security** | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately affirming the decision of the Commissioner and dismissing this action.

**SIGNED this 21st day of June, 2016.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE